IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BLANCA R. CORTEZ**                                                                **PLAINTIFF**

VS.                                  NO. 4:10CV00076

**HOSTO, BUCHAN, PRATER &**
**LAWRENCE, Attorneys at Law, PLLC**                          **DEFENDANTS**

### ORDER

Pending are Plaintiff's motion for leave to file an amended complaint, docket # 18 and Defendants' motion to strike, docket # 20. Plaintiff filed her motion for leave to amend on June 8, 2011. Prior to obtaining leave of Court, Plaintiff filed her Amended Complaint, docket # 19. Because leave of Court had not been obtained, Defendant's motion to strike is GRANTED. The Clerk is directed to make the appropriate docket entries to reflect this ruling.

However, the Court finds that Plaintiff's motion for leave to file her amended complaint should be, and hereby is, GRANTED in the interest of justice.[1] Plaintiff may file her amended complaint within five (5) days of the entry of this Order. If the parties require additional time to conduct discovery or a continuance of the trial date, the parties may file a motion requesting relief.

IT IS SO ORDERED this 23rd day of June, 2011.

_____
James M. Moody
United States District Judge

---

[1] Plaintiff complains that the Court's Amended Scheduling Order entered April 11, 2011 is in error because it did not contain a deadline for amending pleadings and adding parties. Plaintiff is wrong. The Court issued the Amended Scheduling Order in response to a joint motion to continue filed on April 7, 2011 which specifically requested only the revision of the trial date, dispositive motions deadline and discovery deadline. The Court does not establish new deadlines for those events for which the previously imposed deadline has expired unless specifically requested to do so by the parties. The previously imposed deadline to amend pleadings and add parties expired on March 17, 2011, 25 days prior to the motion to continue.