IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BLANCA R. CORTEZ                                                                                   PLAINTIFF

Vs.                                       CASE NO.   4:10cv00076 JMM

HOSTO, BUCHAN PRATER & LAWRENCE, PLLC                               DEFENDANT

### ORDER

Due to other cases on the Court's schedule during the week of October 24, 2011, the jury trial set in this case is bumped. Following consideration of the parties' pending motions a new trial date will be set. The remaining pretrial deadlines are suspended.

The parties are directed to file responses to all pending motions on or before October 14, 2011. Any replies shall be filed on or before October 24, 2011.

IT IS SO ORDERED this 4th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE